# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | ) |
| Plaintiff, | ) Case No. 2:13-cv-01527-JAD-CWH |
| vs. | ) **ORDER** |
| STATE OF NEVADA, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Copy of the Complaint (#22), filed on March 28, 2014. Plaintiff requests a copy of the Complaint in this case due to difficulties with his mail and his copy work limit. He also requests additional copies of the required USM-285 forms along with an extension of time to serve Defendants.

On March 5, 2014, the Court ordered that Plaintiff be sent a copy of Order #18, which increased his copy work limit for the sole purpose of making one complaint to accomplish service. *See* Order #20. In addition, the Court previously granted Plaintiff an extension of time, until March 27, 2014, to furnish the U.S. Marshal with the required forms to complete service. *See* Order #18. The Court notes that Plaintiff failed to cite applicable points and authorities for his three requests: a copy of the complaint, 12 USM-285 forms, and an extension of time to complete service. Plaintiff cites to Local Rule 10-4, which does not apply in his case. However, the Court finds that good cause exists to grant Plaintiff a final extension of time to accomplish service. Accordingly, Plaintiff shall have until April 28, 2014 to accomplish service. Further, the Court will direct the Clerk of the Court to provide Plaintiff with a copy of the Complaint (#9) and 12 USM-285 forms.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Copy of the Complaint (#22) is **granted**.

1 **IT IS FURTHER ORDERED** that Plaintiff shall have until April 28, 2014 to furnish the
2 U.S. Marshal with the required forms to accomplish service.
3 **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with one
4 copy of the Complaint (#9) along with 12 USM-285 forms.
5 Dated this 31st day of March, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**