**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL DAMON HENDRIX,          )<br>                                                            )<br>               Plaintiff,                         )<br>                                                            )<br>vs.                                                       )<br>                                                            )<br>STATE OF NEVADA, *et al.*,              )<br>                                                            )<br>               Defendants.                    )<br>_____) | Case No. 2:13-cv-01527-JAD-CWH<br><br>**ORDER** |

This matter is before the Court on Defendants Dr. Elizabeth Neighbors, Dr. Richard Bissett, and Tom Durante's ("defendants") Motion for a HIPPA Compliant Protective Order (doc. # 72), filed January 15, 2015. Defendant Howard H. Henson ("Henson") filed a Statement of Non-Opposition (doc. # 73) to the instant motion, while other parties failed to file a response.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Given that Henson has indicated his non-opposition and other parties failed to file a response to the instant motion, defendants' motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that defendants' Motion for a HIPPA Compliant Protective Order (doc. # 72) is **granted**. Defendants shall file a proposed protective order for this Court's review **no later than February 20, 2015**.

DATED: February 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**