IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMAL DAMON HENDRIX,  )
           Plaintiff,  )  CASE NO. 2:13-cv-1527-JAD-CWH
             )
v.  )  **PROTECTIVE ORDER**
             )
STATE OF NEVADA, *et al.*,  )
           Defendants.  )

      This matter came before the Court on the Motion for a HIPAA Compliant Protective Order Filed by Defendants Dr. Elizabeth Neighbors, Dr. Richard Bissett and Tom Durante. Defendant Dr. Howard Henson filed a non-opposition and no other parties filed a response.

      The Court having reviewed all of the documents grants the Motion for a HIPAA Compliant Protective Order. Defendants Dr. Neighbors, Dr. Bissett and Tom Durante may disclose Plaintiff Jamal Hendrix's medical chart from Lake's Crossing Center to Counsel for Defendant Howard Henson with the following restrictions:

      1. The contents of Plaintiff Hendrix's medical chart shall be used solely for the purpose of assisting counsel of record in connection with this litigation and not for any other purpose whatsoever or any other litigation matter; and

      2. Counsel of record shall destroy Plaintiff Hendrix's medical chart, including any copies made, at the conclusion of this litigation or shall return the medical chart, and any copies made, to the counsel of record for Defendant's Dr. Neighbors, Dr. Bissett and Tom Durante at the conclusion of this litigation.

      Dated:  February __19__, 2015

                                                      _____
                                                      C.W. HOFFMAN, JR.
                                                      UNITED STATES MAGISTRATE JUDGE