**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01527-JAD-CWH<br><br>**ORDER** |

This matter was referred to this Court on Plaintiff's motions (docs. # 109, # 110, # 111, # 112, # 113, # 114).

A review of the record reveals that several months have passed since some of the pending motions were filed, and the parties may have different or additional information to provide this Court. The Court therefore deems it appropriate to require the parties to file a status report apprising the Court of the status of this action. The Court also directs the parties to: (1) apprise the Court of those defendants that have not yet been served in this case; (2) provide the Court, if available, with new or updated contact information for the unserved defendants; and (3) if relevant, inform the Court which third-parties Plaintiff will subpoena to obtain the contact information of those unserved defendants.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a status report in this case no later than **May 23, 2016**

DATED: May 11, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**