UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jamal Damon Hendrix,

    Plaintiff

v.

Rohan, C/O, et al.,

    Defendants

2:13-cv-01527-JAD-CWH

**Order Granting Motion to Extend Time**

[ECF No. 132]

    Plaintiff Jamal Hendrix moves for a 45–50-day extension of his July 21, 2017, deadline to respond to the defendants' supplemental brief on the issue of whether his claims are subject to further tolling as suggested by the Ninth Circuit Court of Appeals. Hendrix does not explain why he needs additional time (and, in fact, it appears he erroneously believes his deadline was July 10th, not July 21st), though the local rule for requesting additional time (LR IA 6-1(a)) requires the motion to "state the reasons for the extension requested" so that the court can evaluate whether good cause for the extension exists.

    I deny Hendrix's motion for a 45–50 day extension of time because he has not demonstrated good cause for it. But since Hendrix is apparently confused about the deadline, I will *sua sponte* grant a short extension, making his brief due August 4, 2017. If Hendrix believes that he requires more time than that, he will need to file a new motion to extend this August 4, 2017, deadline, which must "state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." LR IA 6-1(a).

    Accordingly, IT IS HEREBY ORDERED that Hendrix's motion to extend the time for his supplemental brief regarding tolling **[ECF No. 132] is DENIED; the court will nevertheless extend the deadline briefly because it appears that Hendrix is confused about the actual deadline. Hendrix has until August 4, 2017, to file his response brief** regarding tolling.

    DATED: July 14, 2017.

                                                   _____
                                                   Jennifer A. Dorsey
                                                   United States District Judge