# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jamal Damon Hendrix, | Case No.: 2:13-cv-01527-JAD-CWH |
| Plaintiff | |
| v. | **Order Granting Request for Extension of Time** |
| Las Vegas Metropolitan Police Department's Clark County Detention Center, et al., | [ECF No. 141] |
| Defendants | |

Plaintiff Jamal Hendrix moves[1] for a 45-day extension of his deadline to oppose defendants' motion for summary judgment.[2] Good cause appearing, IT IS HEREBY ORDERED that the motion **[ECF No. 141] is GRANTED**; Hendrix's **deadline to oppose the Defendants Darren O'Barr, Rebecca Kelly, and Lyle Rohan's Motion for Summary Judgment [ECF No. 139] is EXTENDED to September 17, 2018**.

Dated: July 30, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 141.
[2] ECF No. 139.